Civil Action No. 8:21-cv-00553

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jonathan F. Lenzer, US Attorney, District of MD.
was received by me on *(date)* March 4, 2021.

☐ I personally served the summons on the individual at *(place)* _____
 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Tysia Stokeling, who is designated by law to accept service of process on behalf of *(name of organization)* Jonathan F. Lenzer, US Attorney, District of MD on *(date)* March 8, 2021; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/8/21

*Server's signature*

Jamie N. Dunsmore, Paralegal
*Printed name and title*

Whiteford, Taylor and Preston, LLP
7 St. Paul Street, Suite 1500
Baltimore, MD 21202
*Server's address*

Additional information regarding attempted service, etc: