IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES E. KELLY, JR. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No: 8:21-cv-00553-GJH |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, and | ) | |
| TOTE SERVICES, LLC a/k/a/ | ) | |
| TOTE SERVICES, INC. a/k/a/ | ) | |
| INTEROCEAN AMERICAN SHIPPING | ) | |
| CORPORATION a/k/a INTEROCEAN | ) | |
| UGLAND MANAGEMENT | ) | |
| CORPORATION | ) | |
| 10401 Deerwood Park Blvd., Suite 1300 | ) | |
| Jacksonville, FL 32256 | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS
PLAINTIFF'S CLAIMS AND CO-DEFENDANT TOTE SERVICES**

The United States of America, pursuant to Fed. R. Civ. P. 12(b)(1), respectfully requests the Court grant this motion to dismiss Plaintiff's claims against the vessel operator Tote Services, Inc., and against the United States. Under the applicable wavier of sovereign immunity, the United States is the only proper defendant for an injury to a seaman employed aboard a public vessel. *See* 46 U.S.C.A. § 30904. This exclusivity provision means that the Court lacks subject matter jurisdiction over Tote Services; and therefore, it should be dismissed.

Plaintiff's Complaint against the United States must likewise be dismissed, as Plaintiff has failed to exhaust his administrative remedies as set forth in 46 C.F.R. § 327. Mainly, Plaintiff did not file an administrative claim with the Maritime Administration ("MARAD"), a

1

jurisdictional prerequisite under the Suits in Admiralty Act (SAA). Therefore, the Court also does not have subject matter jurisdiction over Plaintiff's claims against the United States, and therefore they should be dismissed.

      This motion is supported by a memorandum of law and exhibits, which are concurrently filed.

Dated: May 6, 2021

Respectfully Submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

JONATHAN F. LENZNER
Acting United States Attorney
District of Maryland

NEIL R. WHITE
Assistant United States Attorney
District of Maryland

By: /s/ *Richard H. Miller III*
RICHARD H. MILLER III (NY 5870126)
ROBERT E. KELLY (IL 6286571)
Trial Attorneys
United States Department of Justice
Torts Branch, Civil Division
175 N Street, NE, 8th Floor
Washington, D.C. 20002
Tel: (202) 616-4100 (RHM)
Tel: (202) 616-4031 (REK)
Fax: (202) 616-4002
Richard.H.Miller@usdoj.gov
Robert.Kelly@usdoj.gov

Attorneys for Defendant
United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2021, I served a copy of the forgoing to the following counsel via the Court's CM/ECF system.

Charles L Simmons Jr.
James R. Jeffcoat
Whiteford, Taylor & Preston, LLP
7 St. Paul Street, Suite 1500
Baltimore, Maryland 21202
Tel: (410) 347-9491
Fax: (410) 234-2345
csimmons@wtplaw.com
jjefcoat@wtplaw.com

Attorneys for the Plaintiffs

                                           /s/ *Richard H. Miller III*
                                           Trial Attorney
                                           United States Department of Justice